[No. 25229-5-II. Division Two. June 7, 2001.]

BILLIE A. DAVIS, *Respondent*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Appellant*.·

Appeal from a judgment of the Superior Court for Kitsap County, No. 98-2-03368-3, Leonard W. Kruse, J., entered September 8, 1999. *Reversed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Hunt, A.C.J., and Bridgewater, J.

[No. 25289-9-II. Division Two. June 7, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. ZACHARY F. EUSE, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 99-1-00228-8, Toni A. Sheldon, J., entered October 28, 1999. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Armstrong, C.J., and Morgan, J.

[No. 25434-4-II. Division Two. June 7, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN F. CHRISTY, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 99-1-00085-4, James B. Sawyer II, J., entered December 16, 1999. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Hunt, A.C.J., and Morgan, J.

[No. 25808-1-II. Division Two. June 7, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JERRY L. TIBBETS, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 99-1-00323-5, Kenneth D. Williams, J., entered March 15, 2000. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Hunt, A.C.J., and Quinn-Brintnall, J.